UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LANDFAIR | CIVIL NO. 2:22-cv-00738 |
| VERSUS | JUDGE: |
| JOSE PAZ, JR., EMMANUEL INDUSTRIES LLC, and PRIME INSURANCE COMPANY | MAG. |

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come Defendants, Jose Paz, Jr. ("Paz") and Emmanuel Industries LLC ("Emmanuel"), who hereby give notice of the removal of this action from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, on the following grounds:

I.

Removal to this Honorable Court is proper pursuant to 28 USC § 1332 and § 1441, in that when this action was commenced and presently there is complete diversity of citizenship between the Plaintiff, Jeremy Landfair, who at all relevant times has been a citizen of and domiciled in the State of Louisiana, and the Defendants, none of whom are citizens of Louisiana. More specifically, Mr. Paz has at all times been a citizen of Florida and domiciled in that state; Emmanuel is an LLC whose sole members is Carlos Martinez, an individual who at all relevant times has been a citizen of and domiciled in the State of Florida; and Prime Insurance Company is a corporation which has at all times been organized under the laws of the State of Illinois while maintaining its principal place of business in the State of Utah.

II.

1

This judicial district encompasses the state court in which this suit was filed; less than thirty (30) days have elapsed since either of these Defendants received service of the Plaintiff's Petition for Damages (which is attached hereto along with copies of all process, pleadings, and orders served upon these defendants in state court); and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, for the Plaintiff's alleged injuries to his neck, back and head which his Petition alleges caused a concussion and required "extensive treatment … including hospitalization" (*id*., ¶ 7) for which he seeks all past, present and future general and special damages as a result of his "physical pain and suffering, mental anguish and emotional distress, loss of enjoyment of life, loss of income and earning capacity, medical expenses,, disability, and scarring." (*id*., ¶ 8). Further, Plaintiff's counsel of record has advised undersigned counsel that as a result of the subject accident, Plaintiff sustained "multiple fractured vertebrae, probable disc injuries, required several days of hospitalization and the need for additional continuing treatment, with past billed medical expenses to date of $50,000.00 to $75,000.00, plus his claims for future medical expenses, general and other damages alleged in the petition for damages."

III.

This is a civil action involving claims for damages arising from a vehicular accident which allegedly occurred in Tangipahoa Parish, Louisiana, on or about February 11, 2022.

IV.

Written consent to this removal, signed by co-defendant, Prime Insurance Company, is attached hereto as Exhibit "1," along with copies of all pleadings filed in this action, to wit:

(a)   Petition for Damages filed in "Jeremy Landfair v. Jose Paz, Jr., Emmanuel Industries LLC, and Prime Insurance Company, No. 2022-0547 "C", 21st Judicial

District Court, Tangipahoa Parish, Louisiana (Exhibit "2");

(b) Citation to Jose Paz, Jr. (Exhibit "3").

(c) Citation to Emmanuel Industries LLC (Exhibit "4").

(d) Citation to Prime Insurance Company (Exhibit "5").

No additional process, pleadings, or orders have been filed in this action at this time. However, Defendants will file a copy of any additional process, pleadings, or orders contained in the state court record upon receipt from that Court.

V.

Undersigned counsel will promptly serve the Plaintiff with this notice and file a copy with the Clerk of the state court in which this suit was filed.

VI.

In making this filing there is no intent to waive any exceptions, rights, or defenses to which any Defendant is entitled, including without limitation, the right to object to any and all defects in the Plaintiff's Petition for Damages, service of process, citation, jurisdiction and/or venue, and any and all such rights and defenses are hereby expressly reserved.

**WHEREFORE,** it is respectfully prayed that this cause proceed in this Honorable Court as an action properly removed from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

    Respectfully submitted,

    s/ C. David Vasser, Jr.

    _____
    C. David Vasser, Jr. (LA #18518) T.A.
    **VASSER & VASSER**
    516 Myrtle Hill Drive
    Baton Rouge, LA 70810

3

Tel 225-767-0352  
Fax 225-767-4801  
Email: dave@vasserlaw.com  
*Counsel for Defendants,*  
*Jose Paz, Jr. and Emmanuel Industries, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system and that it is available for viewing and downloading from that system. A copy has also been furnished to all counsel of record, via electronic delivery, this 22nd day of March, 2022.

/s/ C. David Vasser, Jr., Esq.