Tangipahoa Parish Clerk of Court   20220000547
Filed Feb 28, 2022 10:45 AM
Marquita Dyson
Deputy Clerk of Court
E-File Received Feb 28, 2022 10:45 AM

Case 2:22-cv-00738-WBV-DMD   Document 1-3   Filed 03/22/22   Page 1 of 4

JEREMY LANDFAIR                                    NUMBER:_____ SECTION: "__"

VERSUS                                             21st JUDICIAL DISTRICT COURT

JOSE PAZ, JR., EMMANUEL                            PARISH OF TANGIPAHOA
INDUSTRIES LLC, and PRIME
INSURANCE COMPANY                                  STATE OF LOUISIANA

_____

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Jeremy Landfair a resident of the full age of majority of the Parish of Tangipahoa, State of Louisiana, who, with respect, avers as follows:

1.

The following are named as defendants:

a. **JOSE PAZ, JR.** upon information and belief, a resident of the full age of majority of the State of Florida;

b. **EMMANUEL INDUSTRIES LLC**, a foreign limited liability company authorized to do and doing business in the State of Florida, whose registered agent for service of process is Joel Sanchez, Sr., 19870 SW 190 Street, Miami, Florida 33187; and

c. **PRIME INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the Parish of East Baton Rouge, State of Louisiana, whose agent for service of process is the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

On or about February 11, 2022, petitioner, Jeremy Landfair, was operating a 2011 Hyundai Sonata owned by Florence Landfair on U.S. Highway 190 E in the Parish of Tangipahoa, State of Louisiana when, suddenly and without warning, a 2016 Volvo tractor-trailer owned by Emmanuel Industries, LLC and operated by Jose Paz, Jr. entered his lane of travel, forcing Mr. Landfair's vehicle off the roadway when he executed an emergency evasive maneuver.

3.

Plaintiff alleges defendant, Jose Paz, Jr., was negligent, and said negligence was a cause of the injury to plaintiff, more particularly, but not exclusively in:

    A)    Failure to maintain a proper lookout;

    B)    Failure to maintain control of his vehicle;

    C)    Failure to yield to oncoming traffic;

    D)    Failure to obey posted traffic signals;

    E)    Failure to operate his vehicle in an attentive manner;

    F)    Causing the vehicle driven by Jeremy Landfair to be forced off the roadway;

NON-CERTIFIED COPY

G) Failing to exercise the required degree of care commensurate with the existing situation; and

H) Other acts of negligence learned in discovery and shown at trial of this matter.

4.

Plaintiff alleges defendant, Emmanuel Industries, LLC was negligent, and said negligence was the cause of the injury to Jeremy Landfair more particularly, but not exclusively in:

A) *Respondeat superior* for the negligence of its agents and employees, including for the actions of Jose Paz, Jr.;

B) Failing to properly train and/or supervise agents and employees in general, and in particular, Jose Paz, Jr.;

C) Failing to institute and ensure that proper policies and procedures were followed in the services provided by its agents and employees; and

D) Such other negligence as shall be learned during discovery and shown at trial of this matter.

5.

Petitioner specifically invokes the doctrine *res ipsa loquitur* against defendants cited herein, in that the events which caused the injuries to petitioner was caused by an untoward event which is inexplicable without resort to the presumption of negligence on the part of Jose Paz, Jr. and/or Emmanuel Industries, LLC.

6.

At the time of the events sued on herein, petitioner alleges, on information and belief, there was in full force and effect a policy of public motor vehicle liability insurance issued by Prime Insurance Company, to and in favor of Emmanuel Industries, LLC, which insurance affords coverage for liability of the nature asserted herein against said defendant, and which insurance inures to the benefit of petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:655, thereby entitling petitioner to maintain this direct action against said defendant insurer and thereby rendering said defendant insurer liable, *in solido*, with defendant, Jose Paz, Jr. and/or Emmanuel Industries, LLC, for damages as sued for herein.

7.

As a result of the events sued on herein, petitioner, Jeremy Landfair suffered injury and trauma to his body, more particularly, but not exclusively both new and aggravation of injuries to his neck and back as well as a concussion, which injuries have required extensive treatment, up to and including hospitalization.

NON-CERTIFIED COPY

8.

Jeremy Landfair's damages include, physical pain and suffering (past, present and future), mental anguish and emotional distress (past, present and future), loss of enjoyment of life (past, present and future), loss of income and earning capacity (past, present and future), medical expenses (past, present and future), disability, and scarring.

9.

As a result of these injuries, Jeremy Landfair requests such damages as are reasonable under the circumstances.

10.

In accordance with the provisions of Article 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel of record for the party or parties designated in the above entitled and numbered suit, written notice by mail, at least (10) days in advance of any date fixed for any trial or hearing of the case above, whether on exceptions, rules, or the merits thereof, of any such assignment or fixing of the said case.

WHEREFORE, petitioner Jeremy Landfair prays that defendants, Jose Paz, Jr., Emmanuel Industries, LLC, and Prime Insurance Company, be served with a certified copy of this Petition for Damages and they be cited to appear and answer same and after due proceedings are had herein, there be judgment in favor of petitioner against defendants, *in solido*, for the full extent of damages caused petitioner, for penalties as appropriate and for all cost of these proceedings together with legal interest thereon from date of judicial demand until paid.

RESPECTFULLY SUBMITTED:

_____
RICK A. CABALLERO
Louisiana Bar Roll No. 1744
13862 Perkins Road
Baton Rouge, Louisiana 70810
Telephone:  (225) 763-6679
Facsimile:  (225) 763-6591

**PLEASE SERVE**

JOSE PAZ, JR.,
Through his agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

NON-CERTIFIED COPY

3

PRIME INSURANCE COMPANY,
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PLEASE SERVE VIA THE LOUISIANA LONG-ARM STATUTE**

EMMANUEL INDUSTRIES LLC,
Through ist agent for service of process
Joel Sanchez, Sr.
19870 SW 190 Street
Miami, Florida 33187

NON-CERTIFIED COPY

4